IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THINK AKSARBEN PHARMACY, LLC, and THINK AKSARBEN SPECIALTY PHARMACY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>Defendant. | 8:22CV36<br><br>**ORDER** |

This matter comes before the Court on defendant Hy-Vee, Inc.'s motion for leave to file a motion for determination of law. Filing No. 50. The request is denied. If Hy-Vee wishes to file an early motion for summary judgment, it may do so, following reasonable advance notice to the plaintiff.

IT IS SO ORDERED.

Dated this 8th day of May, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge