IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THINK AKSARBEN PHARMACY, LLC and THINK AKSARBEN SPECIALTY PHARMACY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HY-VEE, INC.,<br><br>Defendant. | CASE NO. 8:22-cv-00036-JFB-SMB<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER came before the Court upon Plaintiffs Think Aksarben Pharmacy, LLC and Think Aksarben Specialty Pharmacy, LLC (collectively, "Think Aksarben") and Defendant Hy-Vee, Inc.'s ("Hy-Vee"), (Think Aksarben and Hy-Vee shall be collectively referred to herein as, the "Parties") Joint Stipulation for Dismissal with Prejudice in the above captioned matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED, the Parties' Joint Stipulation for Dismissal with Prejudice is granted and all claims in the above captioned matter are dismissed, with prejudice, each Party to pay their own costs and attorneys' fees.

Dated this 16th day of October 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge